2254 ___ 1983 ___ ✓
FILING FEE PAID
Yes ___ No ___ ✓
IFP MOTION FILED
Yes ___ 3 No ___ ✓
COPIES SENT TO
Court ✓  Pro Se

FILED
JAN 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

9th District Federal Courts of California

312 North Spring Street

Los Angeles 90012

Phoenix, Prescott, and San Diego Ca    '08 CV 0175 JLS LSP

FRAP 34.3. (2)(3)(4)(5)

6   James Lynn O'Hines            Case No.# CV 08, 120 # 28 USC § 1657

7        v.                       Federal Tort Claims Act §

8   Judge Andrew G. Klein         28 USCA §§ 2671-2680 with/
                                  In forma pauperis 28 USC § 1915.
9

10  Denial of justice to petitioner in re: case CR 2004 129044 001 DT

11  et/in the Maricopa County Superior Court, for the charges of ARS#

12  13-1204 (F·3) And ARS# 13-3842 (F4) us aka and true name

13  set forth require proper/ pro se special verdict as T.R.O. by

14  preliminary injunction in the interest of justice succinctly with

15  supporting case(s) law(s) as: Estelle v. Gamble 429 U.S. 97

16  103  97 Sct 285 (1976), and..., Hudson v. McMillian

17  503 U.S. 112 Sct 995  999 (1992) ch. § 11 §§ A1 A2

18  b.2 a.(3) Special Verdict Forms, ch. IX R.12).

19

20         Statute(s) 18 USC § 1073; State offenders fugitive

21  of justice, parolee at large, FOJ warrant aka: Jackson Malloy

22  K86489 M.D.O. State Hospital parolee civilly committed A.W.O.L.

23  Board/Care Home San Diego County to Maricopa County, Phoenix

24  Az. violating conditions of release set in another district;

25  Rush v. United States 290 F 2d 709  710 JCT (1961) under

26  law as ARS# 36·544, statutes: 18 USC § 3401 (i) and 18 USC §

27  3142, Morrissey v. Brewer 408 us 49, 489 (1972), For

28  the Court of the Central District of California, Los Angeles Ca

Tort No. 2 #  review special conditions of parole to determine defendants continued

1. custody or release status, Fed. R. Crim. Proc. 32.1, and 40 (a).
2.
3. Prison Litigation Reform Act, requires exhaustion of Administrative
4. remedies 42 USC § 1997 e (a), 42 USC § 1997 e (e) also
5. physical injury requirement and imminent danger - hazard, as
6. imminently dangerous and/or imminent-peril doctrine for
7. exigent circumstances of Venue denied 3/30/05 by
8. defendant/respondent in court pre-trial, to further enhance
9. disability of plaintiff/declarant under Federal Law the district
10. court may stay the disability on any terms considered
11. appropriate the court may issue any order reasonably
12. necessary to protect the interest represented by the
13. disability pending appeal, denied 12-27-07 Case name:
14. Hines v. Ontiveros case no.# 207 cv 255 U.S. District Court
15. District of Arizona, Report and Recommendation: Mark E Aspey
16. United States Magistrate Judge dated: 12-21-07.
17.
18. Post Rule 11 and pre-Rule 11 injuries state to state in an
19. Interdepartmental feud have occurred in custody, as assaultive
20. wounds inflicted in racial, religious, and sexual hate crimes
21. California to Arizona showing pattern of association fact exist
22. "group of people" Internal Affairs is of victim allocation
23. activity proved by Rule Violation Reports, D.A. refferals, and
24. State to State Calif to Ariz convictions for violence = 18
25. USCA § 1961 (4) United States v. Turkette 452 US 576 101
26. Sct. 2529 (1981). Local state officials as organization of
27. transient union and public/private employees of apparent authority
28. adverse authority, Governmental power or jurisdiction agency
29. or corporation Insurance Adjusters and Agents of tontine policy

1. After Ad-seg lock up orders in Florence to Buckeye Prisons and
2. Maricopa County Jail Ad-seg lock up orders (Negron v. Ward
3. 958 F-supp 748. 760-61*) inflicted serious injuries of
4. life threatening hospitalizing trauma to increase risk of
5. health and life in custody retroactive to 5-15-97
6. RJ Donovan San Diego stabbing by I/m under supervision of
7. C/o Wood. pending civil case as: James Lynn Hines v.
8. (Wood, Randy et al), Randy Wood et. al. case No. 37-2007-
9. 00078121-cv-co-CTL filed 10/15/07 Superior
10. Court of California, County of San Diego to Judge Robert S.
11. Drake, out of county Judge, (reassigned), of the San
12. Bernadino Municipal Court due to impartial member of the
13. bench due to nature of cases and parties involved for
14. further review, also James Lynn Hines v. Conrep Dir. Ms.
15. Jane Shell ET AL. case No.# 2007-00078120 cu-po-CTL.
16. Civil filings in true name of plaintiff reflective of Abstract
17. of Judgement Amended by Judge Jesus Rodriguez order in
18. State of California v. Hines SR# 122463 for 4501.5 pc calif.
19. penal code Battery on a non-prisoner w/ a civil m.o.u.
20. commitment consolidated at San Luis Obispo Ca. ipso facto
21. for tri-appellate injunction(s) 18 USC § 3651 Fed. R. Crim
22. P. 32.1(b) for alien Jackson Matloy K86489, (*SDNY 1998),
23. requiring application of Fed. R. civil proc. 72 (b) and 26 (c)
24. protective orders for incarcerated litigant seeking over $75,000.00
25. 28 USC § 1332 (a) diversity ... amount in controversy, for
26. adverse witness, adverse dominion denied Advocate Witness Rule by
27. Counsel present at time of event state to state for Rule 3a
28. Post Conviction Relief Representation other than Motion for Rule 26.5
29. Medical Examination - (Denied Az Rule of Procedure) 18 USC § 18, Fed. criminal

1. Rules of Proc. 12.4 (a) (b) (2) (1)  State local officials 18 USC § 3041
2. Organizational Victimizations locally Interstate Compact and
3. Interdepartmentally.
4.
5. Cause and Prejudice Rule: Issue: (Movant is seeking concurrent
6. jurisdiction and Privileges and Immunities Clause for respondents
7. conduct injuring declarant U.S. Const. art IV § 2 cl. 1 to be
8. forthwith applied for declarant seeking conversion of custody)...
9. Comprehensible as grounds clear and convincingly, respondent as
10. private person / federal employee prejudiced the declarant
11. by trial court error by Governmental Interferences as the
12. prejudicial element.
13.
14. Legal technicality of "Motion in Limine" filed by counsel proves
15. the procedural lapse no objective factor that made the
16. presentation of the defenses impracticable at trial succinctly
17. March 20th 2005. Court appointed Legal Deputy Defender.
18. ineffective assistance of counsel, comprehensible Hines v. Burns
19. 05 cv 7934 cas (mar) Los Angeles Ca Central District Court California.
20. The Constitutionally valid sentence resulted from dually cognizable
21. errors distinguishable for case or controversy requirement.
22.
23. Interference that caused prejudice June 13th 2005 in the course
24. of cross examination of witness Transcripts pg. 102 lines 4-17."
25. Q. "Okay. Do you think the suspect was acting in self defense"?
26. A. "Oh, Yeah, Yeah, absolutely. At each and every time you came
27. on the property, sir" Q. "Okay" The Court: "I don't think you
28. understood the question. Would you rephrase that question?
29. Mr. Hines: I think it was pretty -- pretty simple that I was

1  acting in self defense". The Witness: "Oh, I thought ...
2  did you say suspect"? The Court: Yes, he said suspect.
3  The Witness: I'm sorry. No. No. You were most definitely
4  the aggressor." #
5
6  On June 13th 2005 1st day of Trial following opening statement
7  to the jury pg. 32 lines 20-21 "The most important thing is that
8  this is retaliation." (Inre: "Gangs", "injuries", "state hospital", "psychotropic
9  detox", "parole." (e.g.)# The Court: Inre: "Motion In Limine" pg 37 lines
10 12-13. "One was filed. In one motion they raised several points."
11 [Preclusions as: suspect taken to hospital after the alleged assault
12 uncooperative, active arrest warrant in California for parole violations,
13 prior contacts with alleged victim Mr. Hernandez prejudicial not
14 probative Rule(s) 401 403 404 Az Rules of Evidence.]
15     Transcripts: pgs 29 to 31 Prosecutions opening statement:
16 practice of the Golden Rule on behalf of alleged victim describing
17 a several day long interlude with police contacts, weapons, assailants,)...
18 pg. 29 line 23 to 24 ... sic ... "where the victim both lives and
19 works as a security guard at an apartment complex".
20 Description as an officer, ARS# 13-1204 E-3) (V) and paragraph(10)
21 permit ARS# 36-550 Immunity, (self defense not capable in an
22 individual capacity, ARS# 13-1006), ... justification ARS# 13-402.#
23 Necessity defense ARS# 13-417.# Cause and prejudice: actual
24 innocence.
25
26 Declarant: Mr. James Lynn Hines  vs. Respondant: Judge Andrew G. Klein
27 lists damages at $1,000,000.00  due to the respondants mode of
28 conduct showing partiality to an organization of officer(s) under the
29 color of authority evading felony prosecution sought by Declarant

1. in defense of self, property and Third party defense due to :(18 USCA
2. § 1961 (4)). Insurance Law and practices, of authority coupled with an
3. interest public and private Appleman & Appleman § 8674.
4.     Declarant is a favored beneficiary to an estate of Mason
5. Lodge affilliation as is Respondent and to an organization(s) of
6. ALL state and Geico Ins. Co. Amo- Health Law UCC § a-104 ©
7. to furthermore permit a discovery cognizable on behalf of declarant.
8.
9.     These Rules govern the procedures in the Federal courts
10. as cognizable as statutes and cases at law.
11. They shall be construed and administered to secure
12. the just, speedy and inexpensive determination of
13. this action.
14.
15. 1-14-08         James Lynn O'Olsen
16.                Yellow Foxx 42 cjs § 3 Indians
17.             * Jackson Malley R86484
18.             (Mongol m.c. prospect a.k.a) *
19.
20. Appellant purports that Southwest Behavioral Health Systems Inc.
21. 1424 South 7th Ave phx Az is connected through supervising
22. agencies and officers vs. Wood vs CosRep herein construed with
23. Health Systems Inc St. Louis Mo locate of Insurance claim and
24. Dept of Corrections, Geico, AM state Ins-Co. succinctly to respondent.
25. Conglomerated group as Peace officers Association. Declaration.
26. by Appellant. Fed. R civil proc. 15 Amended & supplement pleadings. #
27. Location of offense, scene of crime #. Adjacently joined. ARS # 41.4151 #
28. 1-14-08         James Lynn O'Olsen
29.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

James Lynn O'Hines

DEFENDANTS

Andrew G. Klein

2254  1983

FILING FEE PAID
Yes___  No ✓

IFP MOTION FILED
Yes___  No___

COPIES SENT TO
Court ✓  Pro___

FILED
JAN 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

James Lynn O'Hines
Box 3400
Florence, AZ 85232
K-86989

ATTORNEYS (IF KNOWN)

'08 CV 0175 JLS LSP

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE  1/28/2008

SIGNATURE OF ATTORNEY OF RECORD

R. Miller